JACOB S. SCHNEIDER, as Administrator of the Estate of HELENE E. SCHNEIDER, Deceased, Respondent, *v.* VILLAGE OF LAKE GEORGE, Appellant, Impleaded with Others.

Argued January 6, 1939; decided February 21, 1939.

508

*Walter A. Chambers* and *William W. Bullis* for appellant.
*C. E. Fitzgerald* and *James McPhillips* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.